UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BILLIE RUTH GRAHAM
and RANDY LEE GRAHAM,
    Plaintiffs,

vs.                                                                 Case No: 3:20cv3681/MCR/EMT

STATE OF FLORIDA, et al.,
    Defendants.
_____/

# **ORDER**

    The chief magistrate judge issued a Report and Recommendation on October 15, 2020 (ECF No. 9).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   I have made a *de novo* determination of all timely filed objections.

    Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

Case No: 3:20cv3681/MCR/EMT

2. This action is **DISMISSED WITH PREJUDICE** for Plaintiffs' failure to state a claim upon which relief can be granted.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 19th day of November, 2020.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**